IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Cerdant, Inc., | : | |
| Plaintiff | : | Civil Action 2:08-cv-186 |
| v. | : | Judge Marbley |
| DHL Express (USA) Inc., | : | Magistrate Judge Abel |
| Defendant | : | |

### ORDER

On August 25, 2010, the Court issued an opinion and order denying Plaintiff's motion for class certification.  Plaintiff has now appealed the denial of that order to the United States Court of Appeals for the Sixth Circuit.

It is hereby **ORDERED** that all proceedings in this case be **STAYED** pending the decision of the Court of Appeals on the denial of class certification.

s/Algenon L. Marbley
United States District Judge